True copy _____

# United States District Court

For the

District of Oregon

Portland Division

| | |
|---|---|
| James E. Jacobson, Jr.<br>Plaintiff<br><br>-vs-<br><br>The State of Oregon; Tina Kotek in her capacity as the Governor of the State of Oregon and in her prior capacity as Speaker of the Oregon House of Representatives (group 1); and, AH Gresham Park, LLC, a foreign LLC, registered in Oregon as a Utah Company; AH Albion House, LLC, A domestic Utah Company; The Management Group, a Washington Company, and TMG Property Management Services NW, LLC, a foreign LLC, registered in Oregon as a Washington State Company, jointly and severally (group 2)<br>Defendant(s) | Case No. 3:23-CV-01551-HZ<br><br>**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |

1

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, James E. Jacobson, Jr., hereby moves to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff requests that this dismissal be without prejudice.

Dated: May 6th, 2024

Respectfully submitted,

Signature of Plaintiff: /s/ _____

Printed Name of Plaintiff: ___James E. Jacobson, Jr.___

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon, that on 01/25/2023, I served a copy of **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL on all parties having appeared in this matter:**

■ By electronic means through CM/ECF to:

>Anuradha Sawkar
>The State of Oregon
>Oregon Department of Justice
>1162 Court St. NE
>Salem, OR 97301
>Email:  anu.sawkar@doj.state.or.us
>
>Brian Simmonds Marshall
>Oregon Department of Justice
>Trial Division, Special Litigation Unit
>100 SW Market Street
>Portland, OR 97201
>(971) 673-1880
>Email: brian.s.marshall@doj.state.or.us
>
>Nicholas Beyer
>Heather C. Beasley
>Davis, Rothwell Earle & Xochichua, PC
>200 SW Market St, Suite 1800
>Portland, OR 97201-5745
>(503) 222-4422
>Email: nbeyer@davisrothwell.com
>
>Attorneys for: AH Albion House, LLC, AH Gresham Park, LLC, and TMG Property Management Services NW, LLC

Dated:  05/06/2024

_/s/_

Plaintiff
James E. Jacobson, Jr.
Print Name

3

**PLAINTIFF'S MOTION FOR
VOLUNTARY DISMISSAL**